TODD H. MASTER [SBN: 185881]
tmaster@hrmrlaw.com
HOWARD ROME MARTIN & RIDLEY LLP
1775 Woodside Road, Suite 200
Redwood City, CA  94061
Telephone:  (650) 365-7715
Facsimile:  (650) 364-5297

Attorneys for Defendants
CITY OF SAN MATEO AND RANDY HEALD

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO

| | |
|---|---|
| ADAM G., by and through his guardian ad litem, JENNIFER G., <br><br> Plaintiff, <br><br> vs. <br><br> RANDY HEALD, et al., <br><br> Defendants. | Case No. CV 11-01490 MEJ <br><br> [PROPOSED] ORDER GRANTING EXTENSION OF TIME FOR DEFENDANTS TO RESPOND TO PLAINTIFF'S COMPLAINT |

Pursuant to Local Rules 6-1(a) and 7-12, Plaintiff ADAM G., by and through his guardian ad litem, JENNIFER G., and his counsel of record, and Defendants CITY OF SAN MATEO and RANDY HEALD, by and through their counsel of record, stipulated to an extension of time for

///

defendants to respond to plaintiff's Complaint to May 11, 2011.

[PROPOSED] ORDER GRANTING EXTENSION OF TIME FOR DEFENDANTS TO RESPOND TO PLAINTIFF'S COMPLAINT; Case No. CV 11-01490 MEJ

1

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: April 12, 2011

_____
The Honorable Maria-Elena James
Chief Magistrate Judge

[PROPOSED] ORDER GRANTING EXTENSION OF TIME FOR DEFENDANTS TO RESPOND TO PLAINTIFF'S COMPLAINT; Case No. CV 11-01490 MEJ

2