1  MICHAEL S. SORGEN [SBN 43107]
2  STEPHEN A. ROSENBAUM [SBN 98634]
   LISA P. MAK [SBN 260281]
3  Law Offices of Michael S. Sorgen
   240 Stockton Street, 9th Floor, San Francisco, CA 94108
   Tel: (415) 956-1360
4  Fax: (415) 956-6342
   Email: lmak@sorgen.net
5  **Attorneys for Plaintiff Adam G.**

6  MARK DAVIS [SBN 79936]
7  Davis & Young
   1960 The Alameda, Suite 210, San Jose, CA 95126
   Tel: (408) 244-2166
8  Email: Mdavis@davisyounglaw.com
   **Attorneys for Belmont-Redwood Shores School District**
9

10 JOHN SHUPE [SBN 87716]
   Lynch and Shupe
11 700 Airport Blvd, #410, Burlingame, CA 94010
   Tel: (650) 579-5950
   Fax: (650)341-1395
12 Email: jshupe@lynchshupelaw.com
   **Attorneys for San Mateo County Office of Education**
13

14 *Additional defense counsel listed on page 2*

15                UNITED STATES DISTRICT COURT

16              NORTHERN DISTRICT OF CALIFORNIA

17

18 ADAM G., by and through his guardian ad        )   Case No. CV-11-1490
   litem, JENNIFER G.,                            )
19                                                 )
                        Plaintiff,                 )   **STIPULATION AND [PROPOSED]
20                                                 )   ORDER APPROVING GOOD FAITH
              vs.                                  )   SETTLEMENT AND MINOR'S
21                                                 )   COMPROMISE**
   RANDY HEALD, et al.                             )
22                                                 )
                        Defendants.                )   JUDGE:   Hon. Richard Seeborg
23                                                 )
                                                   )
24                                                 )

25

26

27

28

CASE NO. CV-11-1490            STIPULATION AND [PROPOSED] ORDER APPROVING GOOD
                              FAITH SETTLEMENT AND MINOR'S COMPROMISE
                                              1

AIMEE B. ARMSBY [SBN 226967]
Deputy County Counsel
San Mateo County
400 County Center, 6th Floor, Redwood City, CA 94063
Tel: (650) 363-4768
Fax: (650) 363-4043
Email: Aarmsby@co.sanmateo.ca.us
**Attorneys for San Mateo County Behavioral Health & Recovery Services**

TODD H. MASTER [SBN 185881]
Howard, Rome, Martin & Ridley LLP
1775 Woodside Road, Suite 200, Redwood City, CA 94061
Tel: (650) 365-7715
Fax: (650) 364-5297
Email: tmaster@hrmrlaw.com
**Attorneys for City of San Mateo and Randy Heald**

On April 18, 2011, plaintiff ADAM G. ("ADAM"), by and through his guardian ad litem, JENNIFER G., moved the Court for an order (1) determining the good faith of a settlement between plaintiff and defendants SAN MATEO COUNTY BEHAVIORAL HEALTH AND RECOVERY SERVICES ("CMH"), SAN MATEO COUNTY OFFICE OF EDUCATION ("COE"), and BELMONT-REDWOOD SHORES SCHOOL DISTRICT ("DISTRICT"); and (2) approving the compromise of his claims, as a minor, against these same Defendants.  As no defendant to this action has filed an opposition to Plaintiff's motion, and in an effort to obviate the need for a hearing on this motion, **the parties hereby stipulate as follows:**

WHEREAS, the parties, with the exception of defendants CITY OF SAN MATEO and RANDY HEALD, participated in a mediation on January 25, 2011 and settled ADAM's claims of statutory and constitutional violations for the time period leading up to and including the pepper spray incident on June 10, 2010; and

WHEREAS, defendants DISTRICT, COE, and CMH (hereinafter collectively referred to as the "educational entity defendants") have jointly contributed to fund two separate settlement agreements, one to settle ADAM's special education due process claims (which is not

CASE NO. CV-11-1490          STIPULATION AND [PROPOSED] ORDER APPROVING GOOD
                             FAITH SETTLEMENT AND MINOR'S COMPROMISE
                                          2

conditioned on the instant motion), and one to settle his civil rights / torts claims which *is* conditioned upon court approval of the instant motions; and

WHEREAS, a good faith settlement determination as to the educational entity defendants is a pre-condition to the negotiated agreements and releases settling ADAM's civil claims against these defendants; and

WHEREAS, ADAM's recovery is fair and reasonable, in light of all that was achieved for the minor's benefit through the "global" mediation of his special education due process and civil rights / torts claims which led to the settlement of all his claims, including various factors such as: (1) the rough approximation of the plaintiff's total recovery and the defendants' proportionate liability, (2) the amount paid in settlement, (3) a recognition that a settlor should pay less in settlement than if found liable after a trial, and (4) financial conditions and insurance policy limits of the settling defendants (<u>see</u> *Tech-Bilt v. Woodward-Clyde & Assoc.*, 38 Cal. 3d 488, 494-99 (1985)); and

WHEREAS, all the conditions for a petition for minor's compromise set out in California Rules of Court 7.950 and 7.950.5 have been met;

**The parties hereby request that the Court order:**

(1) That plaintiff's settlement agreement with defendants DISTRICT, COE, and CMH is in good faith; and

(2) The minor's compromise of plaintiff's claims against defendants DISTRICT, COE, and CMH is reasonable and is approved by the Court; and

(3) The balance of plaintiff's civil settlement, after payment of costs and attorneys' fees, will be deposited in an insured account in a California financial institution or invested

(3) The balance of plaintiff's civil settlement, after payment of costs and attorneys' fees, will be deposited in an insured account in a California financial institution or invested in a single-premium deferred annuity, in trust for the minor, with the funds subject to withdrawal only for the minor's benefit; and

(4) Each party will bear its own attorneys' fees and costs, as agreed upon in the settlement agreement; and

(5) Reasonable attorneys' fees to be awarded to plaintiff's attorneys in the amount of $16,666.67, pursuant to the attorney-client agreement with ADAM's parents; and

(6) Costs to be reimbursed to plaintiff's attorneys, including $350 for the filing fee and $55 for service fees; and

(7) The attorneys' fees and costs to be awarded to plaintiff's attorneys pursuant to this Stipulation and Order will come out of the settlement fund.

**The parties further stipulate to the following:**

(1) Defendants DISTRICT, COE, and CMH, and their respective individually-named employees, will be entirely dismissed from this action with prejudice and will not need to answer or respond to plaintiff's complaint in any manner.

Dated: _5 -19 - 11_                    Respectfully submitted,

By: _____

MICHAEL S. SORGEN
LAW OFFICES OF MICHAEL S. SORGEN
Attorneys for Plaintiff Adam G.

Dated: _____          By: _____

MARK DAVIS
DAVIS & YOUNG
Attorneys for Belmont-Redwood Shores
School District

CASE NO. CV-11-1490          STIPULATION AND [PROPOSED] ORDER APPROVING GOOD
                             FAITH SETTLEMENT AND MINOR'S COMPROMISE
                                                4

(3) The balance of plaintiff's civil settlement, after payment of costs and attorneys' fees, will be deposited in an insured account in a California financial institution or invested in a single-premium deferred annuity, in trust for the minor, with the funds subject to withdrawal only for the minor's benefit; and

(4) Each party will bear its own attorneys' fees and costs, as agreed upon in the settlement agreement; and

(5) Reasonable attorneys' fees to be awarded to plaintiff's attorneys in the amount of $16,666.67, pursuant to the attorney-client agreement with ADAM's parents; and

(6) Costs to be reimbursed to plaintiff's attorneys, including $350 for the filing fee and $55 for service fees; and

(7) The attorneys' fees and costs to be awarded to plaintiff's attorneys pursuant to this Stipulation and Order will come out of the settlement fund.

**The parties further stipulate to the following:**

(1) Defendants DISTRICT, COE, and CMH, and their respective individually-named employees, will be entirely dismissed from this action with prejudice and will not need to answer or respond to plaintiff's complaint in any manner.

Dated: _____          Respectfully submitted,


                                         By: _____

                                         MICHAEL S. SORGEN
                                         LAW OFFICES OF MICHAEL S. SORGEN
                                         Attorneys for Plaintiff Adam G.

Dated: 5-19-11                           By: _____

                                         MARK DAVIS
                                         DAVIS & YOUNG
                                         Attorneys for Belmont-Redwood Shores
                                         School District

CASE NO. CV-11-1490          STIPULATION AND [PROPOSED] ORDER APPROVING GOOD
                             FAITH SETTLEMENT AND MINOR'S COMPROMISE
                             4

1   Dated: _____         By: _____

2                                    JOHN SHUPE
3                                    LYNCH & SHUPE
                                     Attorneys for San Mateo County Office of
4   Dated:    5/18/11                Education
                                     By: _____
5
6                                    AIMEE ARMSBY
                                     SAN MATEO COUNTY DEPUTY COUNSEL
7                                    Attorneys for San Mateo County Behavioral
                                     Health & Recovery Services
8
9   Dated: _____         By: _____

10                                   TODD H. MASTER
                                     HOWARD, ROME, MARTIN & RIDLEY LLP
11                                   Attorneys for City of San Mateo

12  Dated: _____         By: _____

13                                   NAME??
                                     DAVIS & YOUNG
14                                   Attorneys for Randy Heald

15                            **[PROPOSED] ORDER**

16          IT IS SO ORDERED, AS STIPULATED ABOVE.

17

18  Dated:                           _____
                                     Honorable Richard Seeborg
19

20

21

22

23

24

25

26

27

28

    CASE NO. CV-11-1490        STIPULATION AND [PROPOSED] ORDER APPROVING GOOD
                               FAITH SETTLEMENT AND MINOR'S COMPROMISE
                                                   5

1

2

3

4  Dated: _____

5

6

7

8  Dated: _____

9

10

11

12

13

14

15  Dated:   6/13/11

16

17

18

19

20

21

22

23

24

25

26

27

28

Dated: _____

By: _____

JOHN SHUPE
LYNCH & SHUPE
Attorneys for San Mateo County Office of
Education

Dated:  5·20·2011

By: _____

AIMEE ARMSBY
SAN MATEO COUNTY DEPUTY COUNSEL
Attorneys for San Mateo County Behavioral
Health & Recovery Services

By: _____

TODD H. MASTER
HOWARD, ROME, MARTIN & RIDLEY LLP
Attorneys for City of San Mateo and Randy Heald

[PROPOSED] ORDER

IT IS SO ORDERED, AS STIPULATED ABOVE.

_____
Honorable Richard Seeborg

CASE NO. CV-11-1490            STIPULATION AND [PROPOSED] ORDER APPROVING GOOD
                              FAITH SETTLEMENT AND MINOR'S COMPROMISE
                                              5

Dated: _____      By: _____

JOHN SHUPE
LYNCH & SHUPE
Attorneys for San Mateo County Office of
Education

Dated: _____      By: _____

AIMEE ARMSBY
SAN MATEO COUNTY DEPUTY COUNSEL
Attorneys for San Mateo County Behavioral
Health & Recovery Services

Dated: _5/19/11_____      By: _Todd Master_____

TODD H. MASTER
HOWARD, ROME, MARTIN & RIDLEY LLP
Attorneys for City of San Mateo and Randy Heald

### [PROPOSED] ORDER

IT IS SO ORDERED, AS STIPULATED ABOVE.

Dated: _____

_____
Honorable Richard Seeborg

CASE NO. CV-11-1490        STIPULATION AND [PROPOSED] ORDER APPROVING GOOD
FAITH SETTLEMENT AND MINOR'S COMPROMISE
5

1

Dated: _____        By: _____

2          JOHN SHUPE
           LYNCH & SHUPE
3          Attorneys for San Mateo County Office of
           Education

4   Dated: _____        By: _____

5          AIMEE ARMSBY
           SAN MATEO COUNTY DEPUTY COUNSEL
6          Attorneys for San Mateo County Behavioral
           Health & Recovery Services
7

8   Dated: _____        By: _____

9          TODD H. MASTER
           HOWARD, ROME, MARTIN & RIDLEY LLP
10         Attorneys for City of San Mateo and Randy Heald

11

12                  **[PROPOSED] ORDER**

13       IT IS SO ORDERED, AS STIPULATED ABOVE.

14

15  Dated: _____
                        _____
                        Honorable Richard Seeborg

16

17

18

19

20

21

22

23

24

25

26

27

28

CASE NO. CV-11-1490            STIPULATION AND [PROPOSED] ORDER APPROVING GOOD
                               FAITH SETTLEMENT AND MINOR'S COMPROMISE
                                              5