1  MICHAEL S. SORGEN [SBN 43107]
   STEPHEN A. ROSENBAUM [SBN 98634]
2  JOYCE KAWAHATA [SBN 113159]
   Law Offices of Michael S. Sorgen
3  240 Stockton Street, 9th Floor, San Francisco, CA 94108
   Tel: (415) 956-1360
4  Fax: (415) 956-6342
   Email: jkawahata@sorgen.net
5  **Attorneys for Plaintiff Adam G.**

6

7  TODD H. MASTER [SBN 185881]
   Howard, Rome, Martin & Ridley LLP
   1775 Woodside Road, Suite 200, Redwood City, CA 94061
8  Tel: (650) 365-7715
   Fax: (650) 364-5297
9  Email: tmaster@hrmrlaw.com
   **Attorneys for City of San Mateo and Randy Heald**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADAM G., by and through his guardian ad litem, JENNIFER G., | ) Case No. CV-11-1490 )  ) |
| Plaintiff, | ) **STIPULATION AND [PROPOSED]** ) **ORDER TO VACATE AND RESET** |
| vs. | ) **SETTLEMENT CONFERENCE DATE** ) |
| RANDY HEALD, et al. | ) ) Magistrate Judge Laurel Beeler |
| Defendants. | ) |

The parties stipulate to request the Court to vacate the October 12, 2011 settlement conference date due to unavailability of counsel and to reset it on October 26, 2011, at 10 a.m. in Courtroom 4 on the third floor of the Federal Building at 1301 Clay Street, Oakland, CA.

Dated: August 3, 2011                         Respectfully submitted,

                                  By:      /s/ Michael S. Sorgen
                                         MICHAEL S. SORGEN
                                         LAW OFFICES OF MICHAEL S. SORGEN
                                         Attorneys for Plaintiff Adam G.

CASE NO. CV-11-1490         STIPULATION AND [PROPOSED] ORDER TO VACATE AND RESET
                            SETTLEMENT CONFERENCE DATE
                                              1

Dated: August 3, 2011        By:        /s/ Todd Master
                                        TODD H. MASTER
                                        HOWARD, ROME, MARTIN & RIDLEY LLP
                                        Attorneys for City of San Mateo and Randy Heald

ORDER

IT IS SO ORDERED, AS STIPULATED ABOVE.

Dated: August 12, 2011        _____
                                        HONORABLE LAUREL BEELER

The settlement conference statements due on October 5, 2011.