MICHAEL S. SORGEN [SBN 43107]
STEPHEN A. ROSENBAUM [SBN 98634]
JOYCE KAWAHATA [SBN 113159]
Law Offices of Michael S. Sorgen
240 Stockton Street, 9th Floor
San Francisco, CA 94108
Tel: (415) 956-1360
Fax: (415) 956-6342
Email: jkawahata@sorgen.net

Attorneys for plaintiff ADAM G.

TODD H. MASTER [SBN 185881]
Howard, Rome, Martin & Ridley LLP
1775 Woodside Road, Suite 200, Redwood City, CA 94061
Tel: (650) 365-7715
Fax: (650) 364-5297
Email: tmaster@hrmrlaw.com
Attorneys for CITY OF SAN MATEO and RANDY HEALD

UNITED STATES DISTRICT COURT

for the NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADAM G., by and through his guardian ad litem, JENNIFER G.;<br><br>    Plaintiff,<br><br>vs.<br><br>RANDY HEALD et al;<br><br>    Defendants. | Case No.: CV-11-1490-RS<br><br>STIPULATION AND [PROPOSED] ORDER APPROVING MINOR'S COMPROMISE<br><br>Judge: Richard Seeborg |

On October 26 and December 1, 2011, plaintiff ADAM G. ("ADAM"), a minor, by and through his guardian ad litem, JENNIFER G., and defendants CITY OF SAN MATEO and RANDY HEALD participated in a settlement conference before Magistrate Judge Laurel Beeler. At the conclusion of the settlement conference, ADAM and Defendants City and County of San Mateo and Randy Heald reached agreement on all claims and entered it on the Court record.

1

WHEREAS, the parties executed a settlement agreement which is conditioned upon a court order approving a minor's compromise (a true and correct copy of the settlement agreement is attached hereto as Exhibit 1); and

WHEREAS, all the conditions for a petition for minor's compromise set out in California Rules of Court 7.950 and 7.950.5 have been met;

In an effort to obviate the need for a hearing on a motion to approve a minor's compromise, the parties hereby stipulate and request that the Court order:

(1) That plaintiff's settlement agreement with defendants CITY OF SAN MATEO and RANDY HEALD is in good faith; and

(2) The minor's compromise of plaintiff's claims against defendants CITY OF SAN MATEO and RANDY HEALD is reasonable and is approved by the Court; and

(3) The balance of plaintiff's civil settlement, after payment of costs and attorneys' fees, will be deposited in an insured account in a California financial institution or invested in a single-premium deferred annuity, in trust for the minor, with the funds subject to withdrawal only for the minor's benefit; and

(4) Each party will bear its own attorneys' fees and costs, as agreed upon in the settlement agreement; and

(5) Reasonable attorneys' fees to be paid and costs to be reimbursed to plaintiff's counsel pursuant to the attorney-client agreement with ADAM's parents; and

(6) The attorneys' fees and costs to be awarded to plaintiff's attorneys pursuant to this Stipulation and Order will come out of the settlement fund.

(7) Defendants CITY OF SAN MATEO and RANDY HEALD will be entirely dismissed from this action with prejudice.

Respectfully submitted,

Dated: December 7, 2011      By: _____

MICHAEL S. SORGEN
Law Offices of Michael S. Sorgen
Attorneys for Plaintiff Adam G.

1 | Dated: December 12, 2011        By: _____/s/ Todd Masters_____
2 |
3 |                                 TODD MASTERS
  |                                 Howard, Rome, Martin & Ridley LLP
4 |                                 Attorneys for Defendants Randy Heald and
  |                                 City ~~and County~~ of San Mateo
5 |
6 |                          [PROPOSED] ORDER
7 |
            IT IS SO ORDERED AS STIPULATED ABOVE.
8 |
9 |
10| Dated: December ___, 2011
11|                                 _____
12|                                 Honorable Richard Seeborg
                                    United States District Judge

---

STIP. AND [PROPOSED] ORDER APPROVING MINOR'S COMPROMISE                    3