TODD H. MASTER [SBN. 185881]
tmaster@hrmrlaw.com
**HOWARD ROME MARTIN & RIDLEY LLP**
1775 Woodside Road, Suite 200
Redwood City, CA  94061
Telephone:  (650) 365-7715
Facsimile:   (650) 364-5297

Attorneys for Defendants
CITY OF SAN MATEO and
GEORGE RANDALL HEALD (sued herein as RANDY HEALD)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO

| | |
|---|---|
| ADAM G., by and through his guardian ad litem, JENNIFER G.,<br><br>        Plaintiff,<br><br>vs.<br><br>RANDY HEALD, et al.,<br><br>        Defendants. | Case No. CV 11-01490 RS (LB)<br><br>**STIPULATION OF DISMISSAL AND ORDER**<br><br>[FRCP 41 (a) (1)] |

    IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that the above-entitled action filed by plaintiff ADAM G., by and through his guardian ad litem, JENNIFER G. against defendants CITY OF SAN MATEO and GEORGE RANDALL HEALD (sued herein as RANDY HEALD) (collectively, "defendants") and all others

///

---

STIPULATION OF DISMISSAL AND ORDER; Case No. CV 11-01490 RS

1

is dismissed in its entirety with prejudice pursuant to Fed.R.Civ.Pro 41(a)(1), with each party to bear their own costs and attorney fees.

HOWARD ROME MARTIN & RIDLEY LLP

Dated: January 9, 2012

By: /s/ Todd H. Master
Todd H. Master
Attorneys for Said Defendants

LAW OFFICES OF MICHAEL S. SORGEN

Dated: January 9, 2012

By: /s/ Michael Sorgen
Michael Sorgen
Attorneys for Plaintiff

### ORDER

This Stipulation of Dismissal is hereby adopted by the Court and, as such, this matter is dismissed in its entirety with prejudice.

Dated: January 10 2012

Hon. Richard Seeborg
United States District Judge

STIPULATION OF DISMISSAL AND ORDER; Case No. CV 11-01490 RS

HOWARD ROME MARTIN & RIDLEY LLP
1775 WOODSIDE ROAD, SUITE 200
REDWOOD CITY, CALIFORNIA 94061
TELEPHONE (650) 365-7715